U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 JAN 22 PM 4:07
CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-mj-5-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

The United States of America, by its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, hereby moves this Court to seal the Complaint, the Arrest Warrant, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to accomplish the arrest of defendant, to protect the safety of the arresting officers and protect the integrity of an ongoing investigation.

WHEREFORE, the United States requests that the Court grant this motion to seal the Complaint, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of defendant.

Dated at Burlington, in the District of Vermont, this 22nd day of January 2025

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

_____
Matthew J. Lasher
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725