# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America | |
| v. | Crim. No. 2:25-mj-5-1 |
| Teresa Youngblut | |

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 24th day of January, 2025

JEFFREY S. EATON, Clerk
By: */s/ Emerson F. Howe*
Deputy Clerk