NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                           Case No. 2:25-mj-5-1

Teresa Youngblut

TAKE NOTICE that the above-entitled case is scheduled for Monday, January 27, 2025 at 3:30 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance.

| | |
|---|---|
| Location: Burlington – 410 Courtroom | JEFFREY S. EATON, Clerk<br>By: */s/ H. Beth Cota*<br>Deputy Clerk<br>1/24/2025 |

TO:

Matthew J. Lasher, AUSA

Office of the Federal Public Defender